S. LANE TUCKER
United States Attorney

CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: christopher.schroeder@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CHRISTINA REYNA QUINTANA,<br><br>Defendant. | No. 3:23-cr-00091-01-RRB-KFR |

**NOTICE OF INTENT TO SEEK DETENTION**

COMES NOW the United States of America, by and through undersigned counsel, and hereby respectfully gives notice to this Court and to the defense of its intent to seek the defendant's pretrial detention in this matter. The defendant is serving a 270-month prison sentence in *United States v. Quintana et al.*, No. 1:18-cr-00007-TMB, and is therefore non-releaseable.

//

RESPECTFULLY SUBMITTED October 30, 2023, in Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

*s/ Christopher D. Schroeder*
CHRISTOPHER D. SCHROEDER
Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2023, a copy of the foregoing was served via the CM/ECF system on:

All Counsel of Record

*s/ Christopher D. Schroeder*
Office of the U.S. Attorney

*U.S. v. Christina Reyna Quintana*
No. 3:23-cr-00091-01-RRB-KFR          Page 2 of 2