AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Alaska

RECEIVED
NOV 02 2023
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case Number: 3:23-CR-00091-SLG-KFR |
| vs. | ) | |
| | ) | |
| CHRISTINA REYNA QUINTANA | ) | |
| *Defendant* | | |

Received by U.S. Marshals Service 06:30 Oct 19, 2023
USMS - D/ALASKA - WARRANTS
FID # 1055850?
WARRANT # 2406-1019-0032-2
Entered NCIC No
Entered APSIN _____
Removed NCIC _____
Removed APSIN _____

## SEALED
## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* CHRISTINA REYNA QUINTANA,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Petition ☐ Supervised Release Petition ☐ Pretrial Petition ☐ Order of the Court

This offense is briefly described as follows:

21:848(a) and (b) Continuing Criminal Enterprise – Count 1

21:846 and 841(a)(1),(b)(1)(A),(B) and (C) Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances- Count 2

Date: October 18, 2023

By s/Brenda Kappler, Deputy Clerk
*Issuing officer's signature*

City and state: Anchorage, Alaska

Brian D. Karth, Clerk of Court
*Printed name and title*

### Return

This warrant was received on *(date)* 10/19/2023, and the person was arrested on *(date)* 10/19/23
at *(city and state)* ANCHORAGE, AK.

Date: 11/1/2023

*Arresting officer's signature*

ANDREW STOUT DUSM
*Printed name and title*